AO 245D    Judgment in a Criminal Case for Revocations
(Rev. 12/19)    Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>SCOTT ADAMS | **Judgment in a Criminal Case**<br>(For Revocation of Probation or Supervised Release)<br><br>Case No. 7:21-CR-00037-HL-TQL(1)<br>USM No. 11767-017<br><br>FABIAN J GOFFE<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    1, 2, 4, 5, 6, 7    of the term of supervision.

☐ was found in violation of condition(s)    _____    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from violation of the law | 11/11/2021 |
| 2 | Failure to notify probation officer within 72 hours of being arrested | 11/11/2021 |
| 4 | Using a controlled substance | 08/03/2021 |
| 5 | Using a controlled substance | 09/16/2021 |

The defendant is sentenced as provided in pages 2 through    2   . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)    _____    and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.    5380

Defendant's Year of Birth:    1969

City and State of Defendant's Residence:
Thomasville, Georgia

| |
|---|
| July 21, 2022 |
| Date of Imposition of Judgment |
| |
| s/ Hugh Lawson |
| Signature of Judge |
| HUGH LAWSON<br>SENIOR UNITED STATES DISTRICT JUDGE |
| Name and Title of Judge |
| |
| 7/22/2022 |
| Date |

AO 245D      Judgment in a Criminal Case for Revocations
Rev. 12/19)     Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT: SCOTT ADAMS
CASE NUMBER: 7:21-CR-00037-HL-TQL(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :  12 months

☐     The court makes the following recommendations to the Bureau of Prisons:

☒     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

    ☐     at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐     as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐     before 2 p.m. on _____ .

    ☐     as notified by the United States Marshal.

    ☐     as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Continuation of Supervised Release Violations:

| | | |
|---|---|---|
| 6 | Using a controlled substance | 09/22/2021 |
| 7 | Failure to submit to urinalysis | 03/02/2022 |